IN THE UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

H3 ENTERPRISES, INC., )
) CASE NO. 8:08-cv-2043-T-26TGW
Plaintiff, )
vs. )
)
BENJAMIN CHAVIS, LEON ELLIS and )
JOSEPH FLEMING, )
)
Defendants. )
_____)

## ORDER

UPON DUE CONSIDERATION of the Motion to Approve Settlement, Vacate Judgment and Dismiss with Prejudice (Dkt #46) together with the parties' written submissions and pleadings, it is ORDERED AND ADJUDGED as follows:

1) The Settlement Agreement attached to the Motion is hereby APPROVED.

2) The Final Default Judgment entered as Docket # 30 is hereby VACATED.

3) The instant case is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to administratively close this case.

United States District Judge

6/1/10

Copies furnished to:
Counsel of Record
Unrepresented Parties

1